TO: Clerk of Court
Judge Moran
Sheriff Bieber
2: Judge Dries

Ann-Marie; Tetzlaff
405 North Main Street
Shawano, Wisconsin [54166]



June 22, 2022,

Reference: Habeus Corpus, Ann-Marie; Tetzlaff v Judge Michael Moran et al, case 22-CV-703, United States District Court, Eastern District of Wisconsin, Office of the Clerk, 362 US Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202; Petition to Dismiss, June 13, 2022; Affadavit of Truth and Petition to Drop all charges against Me, June 20, 2022; Petition for Trial by Jury, June 13, 2022; Petition to Abolish Excessive Bail, June/May 2022 many; all petitions, affadavits, correspondence sent to Clerk of court on cases 2021SH00079/2021SH000707/2022CF000250.

Correct the errors: Petition filed for habeas corpus, $5 filing fee transfer from my trust account 155606 to United States District Court, Eastern District, Attn: Ms Gina Colletti sent on or about June 21, 2022 via Shawano County Jail Accountant, Ms. Beverly and/or Ethan Schmidt, SHAWANO COUNTY CLERK OF COURTS sent via Kiosk and hand-written correspondence through corrections officers. Violation Sec 8, Wis. Constitution.

Correct the error: Excessive Bail of $27,000, not $25,000. Petitions to lower this excessive bail/bad/ fee/penalty have been sent to Clerk of Court, SHAWANO COUNTY and Judge and DA many times and failure to reduce or abolish is a violation, sec 6, WisCast.

Correct the error: A legal document must have wet ink signatures of the parties, as an accommodation party from a man/woman. There is no signature on this document denying habeus corpus. I, Ann-Marie; Retzlaff, am a living soul, Sui Juris, am not a federal citizen, person or resident of the District of Columbia, the STATE OF WISCONSIN, SHAWANO COUNTY and can not enter and will not enter into any contracts. I have objected all charges against me in numerous affadavits and special appearances in the de facto courts. I am held against my will, without my consent, under inhumane and cruel treatment and punishments, with excessive bail/bond, violating US Constitutional Rights 1,2,3,4,5,6,7,8,9,10,14 and Wisconsin Constitution, Article 1, section 6, 8.

I received court documents, as a Prose, attorney in fact, these are to be confidential and were presented to me June 21, 2022 opened, post-dated 16 June 2022. Was this done intentionally to delay my filing with the Eastern District Court for this Habeus Corpus? Why is this habeus corpus denied for $5 when either the Jail Accountant or the Clerk of Courts can verify my trust fund balance? Why wasn't the $5 transferred yesterday when first sent to them? Why does the kiosk "shut down" every

time, or nearly every time I am typing my lawful entries, correspondence, and trying to use the deplorable excuse for a "law library"? Why, as an Attorney in fact, do I have a daily limit of only 2 transactions, where I have 2-10 daily to work? Why does it take up to 5 days for me to make copies for record and to disburse and/or mail out while wrongfully incarcerated? Why have I not been allowed law books and a proper way to create, research, send lawful documents for the 6+ cases I have actions on right now? Who benefits from Ann-Marie Retzlaff not having a right to free speech and the ability to be my own defense counsel? Why would I be falsely accused, kidnapped, assaulted, injured, imprisoned against my will and without my consent?

consciously autographed in purple

Attorney in fact

time, or nearly every time I am typing my lawful entries, correspondence, and trying to use the deplorable excuse for a "law library"? Why, as an Attorney in fact, do I have a daily limit of only 2 transactions, where I have 2-10 daily to work? Why does it take up to 5 days for me to make copies for record and to disburse and/or mail out while wrongfully incarcerated? Why have I not been allowed law books and a proper way to create, research, send lawful documents for the 6+ cases I have actions on right now? Who benefits from Ann-Marie Retzlaff not having a right to free speech and the ability to be my own defense counsel? Why would I be falsely accused, kidnapped, assaulted, injured, imprisoned against my will and without my consent?

consciously autographed in purple [signature]
Attorney in fact