UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANN M RETZLAFF

Case 2:22-cv-00703-SCD

V.

Request for Hearing

MICHAEL K. MORAN, et al

---

Comes now the Petitioner in the matter to request this court schedule a hearing on the Defendant's Writ of Habeas Corpus. In support of her request for hearing, the Defendant states the following:

1. Defendant filed a Writ of Habeas Corpus on June 15, 2022.
2. On June 26, 2022, Judge Michael Moran issued an order regarding the Writ. The order failed to consider all evidence and information available to the Court at the time the order was entered.

Wherefore, the Defendant now requests that the Court schedule a hearing in order to allow her to present argument to the Court why the Writ of Habeas Corpus should be granted.

Respectfully Submitted,

Defendant

/s/ *ANN-MARIE RETZLAFF*
Ann Retzlaff
Shawano County Jail

Copy to: Shawano County Jail