# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANN-MARIE RETZLAFF,
        Petitioner,

v.                       Case No. 22-C-0703

JUDGE MICHAEL K. MORAN and
GREGORY A. PARKER,
        Respondents.

## ORDER

Magistrate Judge Stephen Dries has recommended that the court dismiss the petition for writ of habeas corpus filed by Ann-Marie Retzlaff under Rule 4 of the Rules Governing § 2254 Cases and deny a certificate of appealability. Although the petitioner has not filed an express objection to the recommendation, she has filed a request for a hearing. (ECF No. 8.) In any event, I have reviewed the petition and the magistrate judge's recommendation *de novo. See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(3). I agree with his recommendation and will fully accept it.

Accordingly, **IT IS ORDERED** that Magistrate Judge Dires's recommendation is **ACCEPTED** and that the petition is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases. The Clerk of Court shall enter final judgment. Pursuant to Rule 11 of the Rules Governing § 2254 Cases, I find that the petitioner has not made the showing required by 28 U.S.C. § 2253(c)(2), and therefore I will not issue a certificate of appealability.

Dated at Milwaukee, Wisconsin, this 2nd day of August, 2022.

        /s/Lynn Adelman
        LYNN ADELMAN
        District Judge